### HEALY *v.* MURPHY.

*(City Court of New York, Special Term.    September 21, 1891.)*

EXECUTORS AND ADMINISTRATORS—LIABILITY FOR COSTS—RESISTING CLAIM.

In an action against an administrator for $306 for services to and money paid out for decedent, defendant disputed the claim, and plaintiff recovered $93. *Held,* that defendant did not so "unreasonably" resist plaintiff's claim as to entitle plaintiff to costs, under Code Civil Proc. § 1836.

Action by Kate Healy against Patrick Murphy, as administrator of Robert Murphy, deceased, to recover for services alleged to have been performed by plaintiff for decedent of the value of $156; for board furnished to decedent for one month, $25; for money expended for decedent at his request, $45; and money loaned to decedent, $50; the aggregate of which several claims, together with interest, amounted to $306.36. Plaintiff moves for an allowance of the costs of the action on the ground that the payment of plaintiff's claim was "unreasonably resisted" by defendant, in which case Code Civil Proc. § 1836, provides that costs may be awarded against an executor or administrator, to be collected either out of his individual property or out of the property of the decedent.

*August P. Wagener,* for plaintiff. *Browne & Donegan,* (*H. Huffman Browne,* of counsel,) for defendant.

EHRLICH, C. J. The claim was $276, and, with interest, $306.36. The recovery was $93. A demand so materially reduced was not unreasonably resisted. *Russell* v. *Lane,* 1 Barb. 519; *Bailey* v. *Schmidt,* 5 N. Y. Supp. 405; *Cruikshank* v. *Cruikshank,* 9 How. Pr. 350; *Johnston* v. *Myers,* 103 N. Y. 666, 9 N. E. Rep. 55; *Woodin* v. *Bagley,* 13 Wend. 453; *Comstock* v. *Olmstead,* 6 How. Pr. 77; *Buckhout* v. *Hunt,* 16 How. Pr. 407; *Daggett* v. *Mead,* 11 Abb. N. C. 116. The plaintiff is entitled to the disbursements, but the motion for costs will be denied. No costs.